No. 89–1493. AIR LINE PILOTS ASSN., INTERNATIONAL *v.* O'NEILL ET AL. C. A. 5th Cir. [Certiorari granted, *ante,* p. 806.] Motion of Continental Airlines, Inc., for leave to file a brief as *amicus curiae* granted.

No. 89–1632. CALIFORNIA *v.* HODARI D. Ct. App. Cal., 4th App. Dist. [Certiorari granted, *ante,* p. 807.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 89–1714. PAULEY, SURVIVOR OF PAULEY *v.* BETHENERGY MINES, INC., ET AL. C. A. 3d Cir. [Certiorari granted, *ante,* p. 937.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 89–1944. OHIO *v.* HUERTAS. Sup. Ct. Ohio. [Certiorari granted, *ante,* p. 807.] Motions of Washington Legal Foundation et al. and Appellate Committee of the California District Attorneys Association for leave to file briefs as *amici curiae* granted.

No. 90–68. YLST, WARDEN *v.* NUNNEMAKER. C. A. 9th Cir. [Certiorari granted, *ante,* p. 957.] Motion for appointment of counsel granted, and it is ordered that Juliana Drous, Esq., of San Francisco, Cal., be appointed to serve as counsel for respondent in this case.

No. 90–5246. IN RE BENTLEY; and
No. 90–5951. IN RE WILLIAMS. Petitions for writs of mandamus denied.

No. 90–622. FLORIDA *v.* JIMENO ET AL. Sup. Ct. Fla. Certiorari granted.

No. 90–516. KAMEN *v.* KEMPER FINANCIAL SERVICES, INC., ET AL. C. A. 7th Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 89–7828. DELGADILLO *v.* TEXAS. Ct. App. Tex., 10th Dist. Certiorari denied.

No. 90–171. NALBANDIAN *v.* SUPERIOR COURT OF ARIZONA. Ct. App. Ariz. Certiorari denied.